United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN MARTINEZ DONJUAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-9335 |
| | § | |
| RANDY TATE, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER**

On October 27, 2026, the court granted Petitioner's Habeas Petition in part and ordered Respondents to either release Petitioner or provide him with a bond hearing by November 6, 2026.[1] The court found that Petitioner is not subject to mandatory detention under § 1225(b)(2) because his Notice to Appear classified him as an admitted alien under a nonimmigrant visa.[2]

Respondents have filed an Advisory and Status Update (Docket Entry No. 7), stating that on October 30, 2026, Respondents filed and served an I-261 to include amended and corrected charges to Petitioner's Notice to Appear.[3] The amended and corrected charges allege that Petitioner entered the United States without inspection.[4] Additionally, on November 5, 2026, Petitioner was afforded

---

[1]Memorandum Opinion and Order, Docket Entry No. 5, pp. 1-2. For the purpose of identification all page numbers refer to the pagination imprinted at the top of the page by the court's Electronic Case Filing system.

[2]Id.; Notice to Appear, Exhibit 15 to Habeas Petition, Docket Entry No. 1-1, p. 50.

[3]Advisory and Status Update, Docket Entry No. 7, p. 1.

[4]Id.

a bond and custody redetermination hearing.[5] The immigration judge denied Petitioner's bond citing that the immigration court lacked jurisdiction because Petitioner is an applicant for admission.[6] Petitioner remains in immigration custody.

Without more, the court cannot determine whether Petitioner is an admitted alien. Petitioner is therefore **ORDERED** to respond to Respondents' Advisory and Status Update (Docket Entry No. 7), and in particular to provide the court with evidence of his nonimmigrant visa by November 23, 2026.

**SIGNED** at Houston, Texas, on this 12th day of November, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

[5] Id.

[6] Id. at 2.